≪JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City** W. Wareham

**County** Plymouth

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 24-mj-4379-DHH
- Search Warrant Case Number: 24-mj-4375-DHH & 24-mj-4376-DHH
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name:** Joshua Roe    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 1 White Pine Avenue, West Wareham, MA

**Birth date (Yr only):** 1986    **SSN (last 4#):** 7225    **Sex:** M    **Race:** White    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Suzanne Sullivan Jacobus    **Bar Number if applicable:** 565071

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** English

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** 09/06/2024

☑ Already in Federal Custody as of 09/06/2024 in _____

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/6/2024    **Signature of AUSA:** *Suzanne Sullivan Jacobus*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Joshua Roe

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC s. 2252A | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. 2252A | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013